UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US Bank Trust NA.<br><br>    Plaintiff<br><br>v.<br><br>Riggs-Smith<br><br>    Defendant | 2:15-cv-00764-JAD-PAL<br><br>**Order Remanding Case Back to Nevada State Court**<br>[ECF 6] |

Plaintiff US Bank Trust sued defendants Lessie Riggs-Smith and Raymond Smith for unlawful detainer in a Nevada state court. The Smiths filed a petition of removal invoking this court's civil-rights jurisdiction under 28 U.S.C. §1443(1).[1] US Bank timely moved to remand arguing that the Smiths cannot demonstrate jurisdiction based on section 1443, which is available only in very limited circumstances.[2] The Smiths have not opposed US Bank's motion or requested an extension to file an opposition, and the deadline for doing so passed more than two months ago.

Local Rule 7-2(d) provides, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." As the Smiths have filed no opposition to US Bank's motion to remand, I deem their failure to oppose this motion a consent to remand. With good cause appearing and no reason to delay,

IT IS HEREBY ORDERED that plaintiff's Motion to Remand **[ECF 6] is GRANTED**. This case is remanded back to the Justice Court, Clark County, Nevada; case number 15C001668.

Dated this 27 day of August, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 1.

[2] ECF 6 at 5.